**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy      04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if
known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Bright Care Veteriniary Group, Inc.** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **82-0739032** | |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **26012 Marguerite Pkwy, Suite O**<br>**Mission Viejo, CA 92692**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Orange**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **https://brightcarevet.com/** |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **Bright Care Veteriniary Group, Inc.**                                         Case number (*if known*) _____
_____Name

**7.   Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☑ Yes.

Debtor   **Bright Care Veteriniary Group, Inc.**          Case number *(if known)*
         Name

| List all cases. If more than 1, attach a separate list | Debtor | Bright Care Veterinary Hospital, Inc. | Relationship | Affiliate |
|---|---|---|---|---|
| | District | Central District of California - Santa Ana | When | Case number, if known |

---

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                           Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

          Contact name _____

          Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 – $50,000 | ■ $1,000,001 – $10 million | ☐ $500,000,001 – $1 billion |
| ☐ $50,001 – $100,000 | ☐ $10,000,001 – $50 million | ☐ $1,000,000,001 – $10 billion |
| ☐ $100,001 – $500,000 | ☐ $50,000,001 – $100 million | ☐ $10,000,000,001 – $50 billion |
| ☐ $500,001 – $1 million | ☐ $100,000,001 – $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 – $50,000 | ■ $1,000,001 – $10 million | ☐ $500,000,001 – $1 billion |
| ☐ $50,001 – $100,000 | ☐ $10,000,001 – $50 million | ☐ $1,000,000,001 – $10 billion |
| ☐ $100,001 – $500,000 | ☐ $50,000,001 – $100 million | ☐ $10,000,000,001 – $50 billion |
| ☐ $500,001 – $1 million | ☐ $100,000,001 – $500 million | ☐ More than $50 billion |

---

Debtor   **Bright Care Veteriniary Group, Inc.**
_____   Case number (*if known*) _____
         Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
   **of authorized**
   **representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 8, 2025**
              MM / DD / YYYY

X  _____            **Alireza Gorgi**
   Signature of authorized representative of debtor   Printed name

Title   **President**

**18. Signature of attorney**   X  _____   Date   **April 8, 2025**
                                  Signature of attorney for debtor              MM / DD / YYYY

**David B. Golubchik 185520**
Printed name

**Levene, Neale, Bender, Yoo & Golubchik L.L.P.**
Firm name

**2818 La Cienega Ave.**
**Los Angeles, CA 90034**
Number, Street, City, State & ZIP Code

Contact phone   **(310) 229-1234**      Email address   _____

**185520 CA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Bright Care Veteriniary Group, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

Case number (if known)

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■ Other document that requires a declaration    **Master Mailing List**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 8, 2025**    X _Alireza Gorgi (signature)_
Signature of individual signing on behalf of debtor

**Alireza Gorgi**
Printed name

**President**
Position or relationship to debtor

Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Bright Care Veteriniary Group, Inc. |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Live Oak Banking Company 1741 Tiburon Drive Wilmington, NC 28403 | | Real Property Located at 1400 N Burton Pl, Anaheim, CA 92806 | Contingent | $1,769,430.10 | $4,750,000.00 | $1,769,430.10 |
| Core Funding Source LLC 49 Front St, Suite 6 Rockville Centre, NY 11570 | info@corefundingsource.com | Accounts Recievable | Contingent | $1,187,734.10 | $0.00 | $1,187,734.10 |
| Bank of America, N.A. One Independence Center -NC1-001-05 101 N Tryon St. Charlotte, NC 28255 | | Accounts receivable | Contingent | $1,024,151.00 | $0.00 | $1,024,151.00 |
| Live Oak Banking Company 1741 Tiburon Drive Wilmington, NC 28403 | | Real Property Located at 1400 N Burton Pl, Anaheim, CA 92806 | Contingent | $876,289.35 | $4,750,000.00 | $876,289.35 |
| AFA 700 Canal St, 1st Floor Stamford, CT 06902 | chanan@dynastycapitalllc.com | Accounts Receivable | Contingent | $777,850.00 | $0.00 | $777,850.00 |
| JRG Funding LLC 180 Maiden Lane New York, NY 10038 | | Accounts Receivable | Contingent | $580,006.00 | $0.00 | $580,006.00 |
| Thoro Corp 800 SE 4th Ave Hallandale, FL 33009 | | Accounts Receivable | Contingent | $535,450.00 | $0.00 | $535,450.00 |
| Daytona Funding Solutions Corp 266 Broadway STE 401 Brooklyn, NY | | Accounts Receivable | Contingent | $440,457.15 | $0.00 | $440,457.15 |

Debtor  **Bright Care Veterinary Group, Inc.**
Name

Case number (if known) _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| MNY Capital 244 Madison Ave, Suite 1035 New York, NY 10016 | | Accounts Receivable | Contingent | $396,651.00 | $0.00 | $396,651.00 |
| Funding Futures LLC 100 MERRICK RD SUITE 419E Rockville Centre, NY 11570 | info@fundingfutures.biz | Accounts Receivable | Contingent | $292,687.04 | $0.00 | $292,687.04 |
| Spring Funding 200 Centra Ave Farmingdale, NJ | Info@springfundingsolutions.com | Accounts Receivable | Contingent | $252,074.00 | $0.00 | $252,074.00 |
| Legacy Capital 26, LLC 290 Harbor Dr Stamford, CT 06902 | | Accounts Receivable | Contingent | $249,750.00 | $0.00 | $249,750.00 |
| Fora Financial 1385 Broadway, 15th Floor New York, NY 10018 | | Accounts Receivable | Contingent | $151,359.55 | $0.00 | $151,359.55 |
| Live Oak Banking Company 1741 Tiburon Drive Wilmington, NC 28403 | | Real Property Located at 1400 N Burton Pl, Anaheim, CA 92806 | Contingent | $4,882,892.30 | $4,750,000.00 | $132,892.30 |
| NewLane Finance 123 S. Broad St, 17th Floor Philadelphia, PA 19109 | | Medical Equipment | | $105,176.89 | $0.00 | $105,176.89 |
| NewLane Finance 123 S. Broad St, 17th floor Philadelphia, PA 19109 | | | | | | $105,176.00 |
| Dependance Platinum FL LLC 633 167th St Miami, FL 33162 | | Accounts Recevable | Contingent | $104,082.23 | $0.00 | $104,082.23 |
| Human Interest 2675 W 600 N, Suite 200 Lindon, UT 84042 | | | | | | $87,000.00 |
| EverBank 10 Waterview Blvd, 2nd floor Parsippany, NJ 07054 | | | | | | $85,000.00 |

Debtor    **Bright Care Veteriniary Group, Inc.**                                     Case number *(if known)*
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Slate Funding 15 America Ave Suite 303 Lakewood, NJ 08701 | info@slateadvance .com | Accounts Receivable | Contingent | $77,954.50 | $0.00 | $77,954.50 |

## United States Bankruptcy Court
### Central District of California - Santa Ana

In re  **Bright Care Veterinary Group, Inc.**

Debtor(s)

Case No.
Chapter  11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Alireza Gorgi<br>126012 Marguerite Pkwy<br>Suite O<br>Mission Viejo, CA 92692 | Common Stock | 100% shareholder | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **April 8, 2025**

Signature

**Alireza Gorgi**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| David B. Golubchik 185520<br>2818 La Cienega Ave.<br>Los Angeles, CA 90034<br>(310) 229-1234<br>California State Bar Number: **185520 CA** | |

■ Attorney for:

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>     **Bright Care Veteriniary Group, Inc.**<br><br>Debtor(s), | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    **11** |
|---|---|
| Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   __David B. Golubchik 185520_____ , the undersigned in the above-captioned case, hereby declare
      *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                     **F 1007-4.CORP.OWNERSHIP.STMT**

[Check the appropriate boxes and, if applicable, provide the required information.]

1.     I have personal knowledge of the matters set forth in this Statement because:
☐ I am the president or other officer or an authorized agent of the Debtor corporation
☐ I am a party to an adversary proceeding
☐ I am a party to a contested matter
☒ I am the attorney for the Debtor corporation

2.a.   ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any
class of the corporation's(s') equity interests:
*[For additional names, attach an addendum to this form.]*

b.     ☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

April 8, 2025
Date

By: _____
Signature of Debtor, or attorney for Debtor

Name:  **David B. Golubchik 185520**
Printed name of Debtor, or attorney for
Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                              **F 1007-4.CORP.OWNERSHIP.STMT**

CORPORATE RESOLUTION
FOR BRIGHT CARE VETERINARY GROUP, INC.
A California Corporation

WHEREAS the board of directors of Bright Care Veterinary Group, Inc., a California corporation (the "Corporation"), after due deliberation, and consideration of the facts involving the following matter, deems it in the best interests of the Corporation to adopt the following resolutions, and hereby resolves as follows:

RESOLUTIONS

RESOLVED, that the Corporation shall file a voluntary petition under chapter 11 of the Bankruptcy Code on April 8, 2025, or such other date determined by Alireza Gorgi ("Agent"), to be in the best interests of the Corporation, its creditors and other parties in interest, after consultation with the Corporation's counsel. Agent is authorized to sign the voluntary bankruptcy petition and all related documents for the Corporation as the authorized representative of the Corporation, and Agent is authorized to designate any other officer, professional or designated representative to sign any such documents on behalf of the Corporation.

FURTHER RESOLVED, that the Corporation's retention of Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG") to serve as the Corporation's bankruptcy counsel is approved upon terms that are mutually acceptable to the Corporation and LNBYG. Agent, in his capacity as the authorized representative of the Corporation, is hereby authorized to negotiate the terms of the Corporation's employment of LNBYG and to execute the Corporation's retention agreement and/or bankruptcy employment application with LNBYG or to designate any other officer, professional or designated representative to sign any such documents on behalf of the Corporation.

FURTHER RESOLVED, that, in his capacity as the authorized representative of the Corporation, Agent is hereby authorized to cause the Corporation to employ any other professionals to represent or assist the Corporation in connection with the Corporation's chapter 11 bankruptcy case that Agent deems to be in the best interests of the Corporation and to execute such other retention agreements and/or bankruptcy employment applications or to designate any other officer, professional or designated representative to sign any such documents on behalf of the Corporation.

FURTHER RESOLVED, that following the filing of the Corporation's chapter 11 bankruptcy case, Agent, in his capacity as the authorized representative of the Corporation, is hereby authorized on behalf of and in the name of the Corporation to execute and file and to cause counsel to the Corporation to prepare with the assistance of the Corporation as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Corporation's bankruptcy case, and to take any and all action that Agent deems necessary and proper in connection with the Corporation's bankruptcy case without the need for any further approval of the Board of Directors (the "Board") unless

the Board subsequently decides to the contrary. Such actions that Agent has the authority to cause the Corporation to take without any further approval of the Board (unless the Board subsequently decides to the contrary) shall include, but not be limited to, all of the following: employing and compensating professionals; seeking Bankruptcy Court approval for the Corporation to use cash collateral and/or obtain post-bankruptcy financing and executing any agreements related to any of the foregoing; compensating employees; hiring and terminating employees; purchasing product or materials; selling product; entering into or continuing with agreements; collecting accounts receivable; negotiating with creditors, lenders, vendors, suppliers and landlords; assuming, assigning, or rejecting executory contracts and unexpired leases; renegotiating the terms of executory contracts and unexpired leases; signing new or amended contracts and leases; commencing and defending litigation involving the Corporation; selling or liquidating some or substantially all of the Corporation's assets; causing the Corporation to propose a plan of reorganization or liquidation and related disclosure statement and to seek to confirm a plan of reorganization or liquidation; and causing the Corporation to take whatever steps are necessary to be in compliance with any orders of the Bankruptcy Court. Agent is also authorized to designate any other officer, professional or designated representative to sign any documents related to any of the foregoing on behalf of the Corporation.

FURTHER RESOLVED, that all prior acts and deeds of Agent or the other officers of the Corporation acting in their capacity as an authorized representative of the Corporation, as the case may be, taken to carry out the intent and accomplish the purposes of the foregoing resolutions, are hereby approved, adopted, ratified and confirmed in all respects as the respective acts and deeds of the Corporation.

Dated: April 8, 2025                        _____

                                            Alireza Gorgi
                                            Chairman & Sole Board Member

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**David B. Golubchik 185520**<br>**2818 La Cienega Ave.**<br>**Los Angeles, CA 90034**<br>**(310) 229-1234**<br>California State Bar Number: **185520 CA** | FOR COURT USE ONLY |
| ☐  *Debtor(s) appearing without an attorney*<br>■  *Attorney for Debtor* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

| | |
|---|---|
| In re:<br><br>**Bright Care Veteriniary Group, Inc.**<br><br><br><br><br><br><br>                                        Debtor(s). | CASE NO.:<br>CHAPTER: **11**<br><br><br>**VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __8__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **April 8, 2025** _____

Signature of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **April 8, 2025** _____

Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*

**F 1007-1.MAILING.LIST.VERIFICATION**

Bright Care Veteriniary Group, Inc.
26012 Marguerite Pkwy, Suite O
Mission Viejo, CA 92692


David B. Golubchik
Levene, Neale, Bender, Yoo & Golubchik L.L.P.
2818 La Cienega Ave.
Los Angeles, CA 90034


U.S. Trustee - Santa Ana
411 West Fourth Street
Suite 9041
Santa Ana, CA 92701-8000


AFA
700 Canal St, 1st Floor
Stamford, CT 06902


Anthem
21215 Burbank Blvd Suite: 100
Woodland Hills, CA 91367


Atlantis Worldwide LLC
60 EAST 42ND STREET
Ste 4600
New York, NY 10165


Bank of America, N.A.
One Independence Center -NC1-001-05
101 N Tryon St.
Charlotte, NC 28255


California Dept. of Tax and
Fee Administration
PO Box 942879
Sacramento, CA 95279-0029

CC Representative
330 N Brand Blvd
Suite 700
Glendale, CA 91203

Core Funding Source LLC
49 Front St, Suite 6
Rockville Centre, NY 11570

Corporation Service Company
As Representative, P.O. Box 2576
Springfield, IL 62708

Cox
Box 53249
Phoenix, AZ 85072

Creekridge Capital
7808 Creekridge Circle
Suite 250
Minneapolis, MN 55439

CT Corporation System
as Representative
330 N. Brand Blvd. Ste. 700
Glendale, CA 91203

Daytona Funding Solutions Corp
266 Broadway STE 401
Brooklyn, NY

Dependance Platinum FL LLC
633 167th St
Miami, FL 33162

DLP FUNDING, LLC
101 LAKE SHORE DR
Monticello, NY 12701


Employment Development Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


Employment Development Dept.
P.O. Box 826880
Sacramento, CA 94280-0001


Envision Capital Group LLC
29982 Ivy Glenn Dr Fl 1
Laguna Niguel, CA 92677


EverBank
10 Waterview Blvd, 2nd floor
Parsippany, NJ 07054


Everbank, N.A.
10 Waterview Blvd,
Parsippany, NJ 07054


Family Funding Group LLC
1021 H St,
Brooklyn, NY 11219


First Insurance Funding
450 Skokie Blvd
Ste 1000
Northbrook, IL 60062

Fora Financial
1385 Broadway, 15th Floor
New York, NY 10018


Funding Futures LLC
100 MERRICK RD SUITE 419E
Rockville Centre, NY 11570


Funding Futures LLC
100 MERRICK RD SUITE 419E
Rockville Centre, NY 11570


Human Interest
2675 W 600 N, Suite 200
Lindon, UT 84042


IFPS Corporation
3 Hutton Centre Drive
Ste 630
Santa Ana, CA 92707


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


JRG Funding LLC
180 Maiden Lane
New York, NY 10038


Launch Funding Group LLC
1250 E Hallandale Beach Blvd.
STE 505
Hallandale, FL 33009

Legacy Capital 26, LLC
290 Harbor Dr
Stamford, CT 06902


Live Oak Banking Company
1741 Tiburon Drive
Wilmington, NC 28403


Live Oak Banking Company
1741 Tiburon Drive
Wilmington, NC 28403


Live Oak Banking Company
1741 Tiburon Drive
Wilmington, NC 28403


Midwest Veterinary Supply
21467 Holyoke Ave
Lakeville, MN 55044


MNY Capital
244 Madison Ave, Suite 1035
New York, NY 10016


MWI
3041 W. Pasadena Dr.
Boise, ID 83705


NewLane Finance
123 S. Broad St, 17th floor
Philadelphia, PA 19109

NewLane Finance
123 S. Broad St, 17th Floor
Philadelphia, PA 19109


Only Cremations and Aquamation
4263 Birch Street
Newport Beach, CA 92660


Orange County Tax Collector
Bankruptcy Unit
P.O. Box 1438
Santa Ana, CA 92702-1438


Patterson Veterinary
PO BOX 1418
Loveland, CO 80539


San Diego Gas and Electric
P.O. Box 25111
Santa Ana, CA 92799


Slate Funding
15 America Ave Suite 303
Lakewood, NJ 08701


Spring Funding
200 Centra Ave
Farmingdale, NJ


Stage Funding
2360 Lakewood Rd
Toms River, NJ 08755

State of California Franchise Tax
Board
PO Box 942857
Sacramento, CA 94257

State of California Franchise Tax
Board
PO Box 942857
Sacramento, CA 94257

Steven Zakharyayev, PLLC
10 W 37th St, RM 602
New York, NY 10018

Thoro Corp
800 SE 4th Ave
Suite 601
Hallandale Beach, FL 33009

Thoro Corp
800 SE 4th Ave
Suite 601
Hallandale Beach, FL 33009

Thoro Corp
800 SE 4th Ave
Hallandale, FL 33009

TIAA, FSB
10 Waterview Blvd.,
Parsippany, NJ 07054

TIAA, FSB
10 Waterview Blvd.,
Parsippany, NJ 07054

TIAA, FSB
10 Waterview Blvd.,
Parsippany, NJ 07054


U.S. Small Business Administration
Office of General Counsel
312 North Spring Street, 5th Floor
Los Angeles, CA 90012


VState Filings
as the Representative
301 Mill Rd, STE U-5
Hewlett, NY 11557


WSFS Bank
1818 Market Street
Philadelphia, PA 19103